**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**JONATHAN GAFFERS,**
individually, and on behalf of others similarly situated,

Plaintiffs,

vs.

**KELLY SERVICES, INC.,**
a Michigan corporation

Defendant.

Case No. 16-10128

Hon. David M. Lawson

**NOTICE OF APPEARANCE OF COUNSEL**

Please enter the Appearance of Ashley C. Workman of the law firm of Seyfarth Shaw LLP, as attorney for Defendant, Kelly Services, Inc., in the above-captioned matter.

DATED: April 13, 2016

Respectfully submitted,

SEYFARTH SHAW LLP

By: s/Ashley C. Workman
Ashley C. Workman

Gerald L. Maatman, Jr., IL #6181016
gmaatman@seyfarth.com
Peter J. Wozniak, IL #6294133
pwozniak@seyfarth.com
Christopher M. Cascino, IL #6296046
ccascino@seyfarth.com
Ashley C. Workman, IL #6305170
aworkman@seyfarth.com
SEYFARTH SHAW LLP
131 S. Dearborn Street, Suite 2400
Chicago, IL 60603
Phone: 312-460-5000
Fax: 312-460-7000

William B. Forrest III
wforrest@kohp.com
Kienbaum Opperwall Hardy & Pelton, P.L.C.
280 North Old Woodward Avenue
Suite 400
Birmingham, Michigan 48009
Phone: 248-645-0000
Fax: 248-723-1110

*Attorneys for Defendant Kelly Services, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she served a copy of the foregoing **NOTICE OF APPEARANCE OF COUNSEL** on the following through the Court's electronic case filing system on this 13th day of April, 2016:

Jason J. Thompson
Kevin J. Stoops
Jesse L. Young
Sommers Schwartz, P.C.
One Towne Square
Suite 1700
Southfield, Michigan 48076
248-355-0300
jthompson@sommerspc.com
kstoops@sommerspc.com
jyoung@sommerspc.com

By: s/Ashley C. Workman
Ashley C. Workman