# EXHIBIT 3

## January 23, 2016 Correspondence To Plaintiff's Counsel

# SEYFARTH SHAW

Seyfarth Shaw LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603

(312) 460-5000

fax (312) 460-7000

www.seyfarth.com

Writer's direct phone
(312) 460-5965

Writer's e-mail
gmaatman@seyfarth.com

January 23, 2016

**VIA E-MAIL AND CERTIFIED MAIL**

Jesse L. Young
Shareholder
Sommers Schwartz Law Offices
1 Towne Square
Suite 1700
Southfield, MI 48076

  Re: *Solicitation Of Employees Of Kelly Services, Inc.*

Dear Mr. Young:

  This law firm represents Kelly Services, Inc. It has come to our client's attention that you have been seeking to initiate contact with current and/or former employees of Kelly Services regarding "a recently filed class action lawsuit" alleging that Kelly Services is "withholding overtime pay from home-based customer care agents in violation of state and federal wage and hour laws." Enclosed is a copy of one such solicitation that appeared on your blog, entitled "Are Kelly Services Customer Care Agents Properly Paid for All the Hours They Work?" On January 20, 2016, your solicitation was subsequently posted to the Sommers Schwartz Facebook page, and has been commented on by Facebook users claiming to be current and/or former Kelly Services employees. We write to explain our position with respect to your improper solicitations and to give you an opportunity to respond.

  Kelly Services deems the statements in your solicitation to be of serious concern. Your blog posting is misleading and a transparent attempt to round up participants in litigation for your own pecuniary benefit. Kelly Services pays its employees in accordance with all federal, state, and local laws, and your suggestion to the contrary is baseless and deceptive. As such, your solicitation contains untrue representations, asserts false or misleading statements, and manifests a lack of candor. Applicable rules of professional responsibility require attorneys to refrain from such conduct.

  Moreover, insofar as you have filed a complaint on behalf of a putative Section 216(b) FLSA collective action, your solicitation amounts to a *de facto* notice to the putative FLSA collective. *See, e.g.*, *Bouder v. Prudential Financial, Inc.*, No. 06-CV-4359, 2007 WL 3396303, at *2 (D.N.J. Nov. 8, 2007). No FLSA collective action has been sought or conditionally certified,



Jesse L. Young
January 23, 2016
Page 2

and no notice has been approved by the Court.  As such, your solicitation "usurps [the Court's] power and statutory duty to oversee the FLSA-mandated process for court-facilitated notice to potential collective action members, including the fair content of such notice."  *Id.*  Worse, your solicitation is improper because it contains numerous unproven and untrue allegations, but presents them as undisputed fact.  *See, e.g.*, *Maddox v. Knowledge Learning Corp.*, 499 F. Supp. 2d 1338, 1344-45 (N.D. Ga. 2007).

Further, your social media communications also interfere with the business relationships and operations of Kelly Services.  In particular, any contact you have with employees during business hours distracts such employees from their job duties and thereby interferes with the business operations of Kelly Services.

Accordingly, Kelly Services demands that your law firm cease and desist immediately from solicitation of the company's current and/or former employees.  We further request that you acknowledge receipt of this correspondence and your agreement to the request herein within three (3) business days.  Finally, we request that you provide us with a copy of any and all letters, e-mails, etc. sent to current and former employees, information as to the method of delivery of the communications to current and former employees, and an explanation of how you came to possess the addresses for current and former employees.

We look forward to your prompt attention and cooperation in this matter.

Very truly yours,

SEYFARTH SHAW LLP


*/s/ Gerald L. Maatman*


Gerald L. Maatman

GLM:sdl

24199713v.1

FREE CONSULTATION    877.852.3119    EMAIL US
248.236.5753 (LOCAL)

HOME    ABOUT    ATTORNEYS    PRACTICE AREAS    ACCOMPLISHMENTS    RESOURCES    CONTACT    BLOG

## Are Kelly Services Customer Care Agents Properly Paid for All the Hours They Work?

January 20, 2016 by Jesse L. Young



According to a recently filed class action lawsuit, international staffing giant Kelly Services is allegedly withholding overtime pay from home-based customer care agents in violation of state and federal wage and hour laws.

The home-based customer care agents are classified as non-exempt employees and are required to perform a number of tasks before, during, and after their shifts but are not paid for all of these activities. This unpaid time includes:

- Starting and logging into various necessary computer programs and applications at the begging of the workday;
- Logging out of and shutting down those programs and applications at day's end.

These actions total up to 20 minutes or longer, yet agents are only compensated for 10 minutes of this time pursuant to company policy.

Similarly, at periodic times agents become disconnected from Kelly's computer systems or experience problems with the programs and applications needed to perform their jobs. When than occurs, the employees are required to place a

telephone call to Kelly's technical support line when experiencing a technical issue, yet are not paid for all of the time spent resolving the problem. For example:

- Waiting on hold to speak to a member of Kelly's technical support team which often takes 15 minutes or longer;
- Waiting for a return call from the technical support team which may last 3 to 4 hours or longer;
- Restarting and logging back into programs and applications which often requires an additional 10 to 15 minutes.

Despite the fact that resolving a technical issue may consume as much as 4.5 hours or more of a call center agent's workday, company policy restricts compensation for such events to one hour.

Due to Kelly's failure to pay for such "off the clock" work, which frequently constitutes overtime warranting time-and-a-half, Sommers Schwartz filed a class action lawsuit against the company on behalf of **all current and former hourly home-based customer care agents who worked for Kelly Services at any time during the last three years.** The suit seeks recovery for all unpaid wages and overtime hours as well as liquidated damages, attorneys' fees, and costs.

If you are or were employed by Kelly Services as a customer care agent and believe you, too, were wrongfully denied wages and overtime, please contact the attorneys in Sommers Schwartz's Employment Litigation Group today to learn how we can pursue your rights.



Categories: Class Action, Employment

---

**About Jesse L. Young**

Jesse Young is a member of Sommers Schwartz's Complex Litigation Group, wherein he manages the day-to-day operations of the firm's Wage & Hour practice.

View all posts by Jesse L. Young →

---

**RECENT POSTS**

Health-Care Workers Are Filing More Whistleblower Claims

Are Kelly Services Customer Care Agents Properly Paid for All the Hours They Work?

NLRB Decision Broadens the Scope of Joint Employer Status

**CATEGORIES**

Birth Injury (11)

Class Action (186)
Commercial Law & Intellectual Property (26)
Employment (199)
Firm News (16)
Medical Malpractice (84)
Personal Injury (72)

## CONNECT WITH US

## SEARCH

Search this website…

## ARCHIVED BY MONTH

January 2016 (11)
December 2015 (12)
November 2015 (15)
October 2015 (17)
September 2015 (11)
August 2015 (16)
July 2015 (17)
June 2015 (17)
May 2015 (10)
April 2015 (5)
March 2015 (12)
February 2015 (22)
January 2015 (13)
December 2014 (6)
November 2014 (6)
October 2014 (15)
September 2014 (7)
August 2014 (9)
July 2014 (10)
June 2014 (10)
May 2014 (12)
April 2014 (5)
March 2014 (6)
February 2014 (10)
January 2014 (11)
December 2013 (10)
November 2013 (8)
October 2013 (13)
September 2013 (9)
August 2013 (14)
July 2013 (8)
May 2013 (1)
April 2013 (1)

March 2013 (1)
January 2013 (2)
December 2012 (2)
November 2012 (2)
September 2012 (2)
July 2012 (6)
June 2012 (1)
April 2012 (1)
March 2012 (4)
February 2012 (3)
January 2012 (7)
December 2011 (1)
November 2011 (1)
December 2010 (1)
November 2010 (1)

Search this website…    SEARCH

1 Towne Square, Ste 1700, Southfield, MI 48076   Directions →   Phone: 248.236.5753

The information on this website is for general information purposes only. Nothing on this site should be taken as legal advice for any individual case or situation. This information on this website is not intended to create, and receipt or viewing of this information does not constitute, an attorney-client relationship.

© 2015 Sommers Schwartz, P.C.. All Rights Reserved. Privacy/Legal | Sitemap