# **EXHIBIT 5**

## **Log-In Steps Alleged by Declarants**

| **Alleged Log-In Required Steps** | **Number of Declarants ("Prior To Each Shift")** |
|---|---|
| iLog | 7 |
| Joining any applicable chat rooms (pod chats) | 7 |
| Starting my computer | 7 |
| Jabber | 4 |
| PeopleNet | 3 |
| Apple Connect | 2 |
| iDesk | 2 |
| Microsoft Outlook | 2 |
| Office 365 | 2 |
| Pipkins | 2 |
| Reviewing Emails for Projects Updates and Announcements | 2 |
| VPN | 2 |
| Apple Computer | 1 |
| Apple Flex | 1 |
| Apple Technical Support | 1 |
| Applepedia | 1 |
| Bomgar | 1 |
| Clearing "Bullet News" (client updates for client tools and procedures and must be read and acknowledged before iLog will open) | 1 |
| Firefox | 1 |
| Gather | 1 |
| GBI Portal | 1 |
| Google Chrome | 1 |

| Alleged Log-In Required Steps | Number of Declarants ("Prior To Each Shift") |
|---|---|
| Knowledge Base | 1 |
| Messages | 1 |
| MonsterBoard | 1 |
| Notes | 1 |
| On Board | 1 |
| "Organizing programs in a manageable way to improve efficiency throughout my shift" | 1 |
| Performance Desk | 1 |
| Remote Desktop | 1 |
| Responding to Email | 1 |
| Review Updates / Tech Support If Required | 1 |
| Safari | 1 |
| TirageBoard [sic] | 1 |
| Workforce Scheduling | 1 |

**35 programs/steps alleged in total**

Programs/steps alleged by one declarant: 23

Programs/steps alleged by two declarants: 7

Programs/steps alleged by three declarants: 1

Programs/steps alleged by four declarants: 1

Programs/steps alleged by five/six declarants: 0

Programs/steps alleged by seven declarants: 3

**Source:** ECF No. 7-4 ¶ 7; ECF No. 41-2 ¶ 7; ECF No. 41-3 ¶ 7; ECF No. 41-4 ¶ 7; ECF No. 41-5 ¶ 7; ECF No. 49-2 ¶ 7; ECF No. 49-3 ¶ 7.