UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**JONATHAN GAFFERS,** individually, and on behalf of others similarly situated,

    Plaintiffs,

vs.

**KELLY SERVICES, INC.,**
a Michigan corporation

    Defendant.

Case No. 16-10128

Hon. David M. Lawson

| | |
|---|---|
| SEYFARTH SHAW, LLP.<br>BY: Gerald L. Maatman, Jr.<br>*Attorneys for Defendant*<br>131 S. Dearborn Street<br>Suite 2400<br>Chicago, IL 60603<br>312-460-5000<br>gmaatman@seyfarth.com | KIENBAUM OPPERWALL HARDY & PELTON, P.L.C.<br>BY: William B. Forrest III<br>*Attorneys for Defendant*<br>280 North Old Woodward Avenue, Suite 400<br>Birmingham, Michigan 48009<br>Office: 248-645-0000<br>Fax: 248-723-1110<br>wforrest@kohp.com |

## DECLARATION OF BARBARA MCCANHAM

I, Barbara McCanham, based on my personal knowledge and pursuant to 28 U.S.C. § 1746, declare as follows:, declare:

1. I am a KellyConnect Training Manager for Kelly Services, Inc. ("Kelly"). I am familiar with the training provided to KellyConnect employees, including those in the AppleCare and AOS programs, and I have personal knowledge regarding the matters described in this declaration.

26289880v.2

2. I submit this declaration in support of Kelly's Response In Opposition To Plaintiff's Pre-Discovery Motion For Conditional Class Certification And Court-Supervised Notice Pursuant To 29 U.S.C. § 216(b).

3. KellyConnect employees go through four stages of training: (1) New Employee Training; (2) Training Orientation; (3) New Advisor Training; and (4) Ramp Up, in that order.

4. Attached as Exhibit 1 to my Declaration is a true and correct copy of Slide 57 used in the New Employee Training of AppleCare employees.

5. Attached as Exhibit 2 to my Declaration is a true and correct copy of Slide 57 used in the New Employee Training of AOS employees.

6. Attached as Exhibit 3 to my Declaration is a true and correct copy of slides uses during Ramp Up training for AppleCare employees.

I declare under penalty of perjury under the laws of the State of Michigan and the United States that the foregoing is true and correct.

DATED: April 22, 2016

By: *Barbara McCanham*
Barbara McCanham

2

26289880v.2