# EXHIBIT 3

## Applecare Rampup Slides

# Welcome to Ramp Orientation!

Please make sure you joining the voice conference for the Webex room or you will not have sound. You will also be signing in to iLog at the start of the day so please make sure it is ready to launch.



# Objectives

- Purpose of Ramp
- Attentiveness
- Attendance Guidelines
- Performance Driven
- Remote Desktop



# Purpose of Ramp

- Development Focus
- Structured Review
- Knowledge Checks along the way
- Application of Academy learning while in the job
- 4hrs of skill building per Week
- Standardized 50 calls per week minimum
- Weekly Check-ins
- Weekly NS Evaluations
- Call Feedback



# Attentiveness

* Your ability to be successful in this program is highly dependent on your ability to communicate and respond

* Please watch jabber chat(messages) as you are taking calls so we can communicate with you and provide assistance for the current call you are taking



# KellyConnect Attendance Guidelines

* You are required to be logged into all applicable systems and ready to take calls at the beginning of your shift time. However, work time begins when you begin the login process. Lunch and break times are a part of your schedule, therefore you are required to take your lunch and breaks as designated in your schedule. Also, your shift must end according to your end time on your assigned schedule, work permitting.

* If you are going to be late or absent for a shift, you must contact your KellyConnect Employee Support line at 877-617-9378 option 1. You must provide at least 24 hours advance notice for an absence that is foreseeable. If 24 hours notice is not practicable (such as a medical emergency) notice must be given to the KellyConnect Employee Support line, option 1 and direct leader.

* If you need to leave work prior to the end of your scheduled shift, you must notify the KellyConnect Employee Support line at 877-617-9378 Option 1 and your team lead before leaving. In the event of an illness, provide a minimum of two hours notice. Being late, absent, or leaving your shift early without notice is unacceptable and may be grounds for corrective action up to and including termination.

# No Call No Show

No Call No Shows at any given time will be subject to the following corrective action process. These occurrences will be counted on an annual basis.

- ☐ One NCNS: Written Warning
- ☐ Two NCNS: Final Written Warning
- ☐ Three NCNS: Termination will result from KellyConnect and may result in termination from Kelly Services, Inc.

# Taking Calls

## The first few solo calls can be daunting indeed!

A few things to remember:
- Use your resources
- Focus on the basics
- Don't rush it, but be reasonable
- Call times will be longer during the first couple of weeks
- Create an exceptional experience by remaining positive
- Quality is key
- Let them hear you smile
- Surprise and Delight your customers!

## The key to success is to just dive in and take the calls!



# We Listen To Our Customers

Overall, how satisfied were you with your recent experience with AppleCare Telephone support?

- How satisfied were you with the listening skills and expertise of the support agent?
- Was your issue resolved by AppleCare Telephone support?
- Is there anything that the support agent could have done better to resolve the issue during the call?
- (Rotator Question)



Satisfying your Customer is your **#1** job

What happens when a customer is not happy?

How does that affect your job?

**Hint: Concentrate on the customer, surprise and delight them with your service!**



Customer Satisfaction Survey

# WebTime: Important Reminders

- <u>You</u> are responsible for submitting your hours
- **Time <u>must</u> be submitted by 11:59pm ET, Sunday**
- Monday after entering your hours, verify that time was approved
- Only actual hours worked should be entered
- Pay days are Fridays



# Remote Desktop 

- During your time with Kelly, we will use Remote Desktop to help you

- We will use it to communicate – if you are using the wrong aux codes, if your call is going long – to be sure you are able to best help our customers

- We will **NOT** activate your camera but we **CAN** take control of your computer and your mouse

- Please do not be alarmed this is only to help you

- You will always receive a message before someone takes over your screen



Thanks Everyone

Remember to Dream Bigger, Shine Brighter