UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**JONATHAN GAFFERS,** individually,
and on behalf of others similarly situated**,**          Hon.

        Plaintiff,

vs.

**KELLY SERVICES, INC.,**

        Defendant.

_____

## CONSENT TO JOIN

1.  Pursuant to the Fair Labor Standards Act, 29 U.S.C. §216(b), I hereby consent to join and act as a plaintiff in the above-captioned lawsuit.

2.  I agree to be bound by any adjudication or court rulings in the lawsuit, whether favorable or unfavorable.

3.  I hereby designate the Sommers Schwartz, P.C. and Johnson Becker, PLLC law firms to represent me in the lawsuit under the terms and conditions set forth on the following page.

Signature: *[signature]*

Print Name: Allison Frase

Street Address: 5046 Van Slyke Rd.

City, ST, Zip: Flint

Telephone: 810-845-6979

Date Signed: 02/05/16

Email: Alliekay8@gmail.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**JONATHAN GAFFERS,** individually,
and on behalf of others similarly situated**,**           Hon.

       Plaintiff,

vs.

**KELLY SERVICES, INC.,**

       Defendant.
_____

**CONSENT TO JOIN**

    1.    Pursuant to the Fair Labor Standards Act, 29 U.S.C. §216(b), I hereby consent to join and act as a plaintiff in the above-captioned lawsuit.

    2.    I agree to be bound by any adjudication or court rulings in the lawsuit, whether favorable or unfavorable.

    3.    I hereby designate the Sommers Schwartz, P.C. and Johnson Becker, PLLC law firms to represent me in the lawsuit under the terms and conditions set forth on the following page.

Signature: *S. Lloyd*

Print Name: Sheshana Lloyd

Street Address: 2519 Windcliff Dr SE

City, ST, Zip: Marietta, GA 30067

Telephone: 770-265-5966

Date Signed: 1/27/2016

Email: sheshana@ymail.com