UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **JONATHAN GAFFERS**, individually, and on behalf of others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>**KELLY SERVICES, INC.**, a Michigan corporation<br><br>        Defendant. | Case No. 16-10128-DML<br><br>Hon. David M. Lawson |

| | |
|---|---|
| SEYFARTH SHAW, LLP<br>BY:   Gerald L. Maatman, Jr.<br>Peter J. Wozniak<br>Christopher M. Cascino<br>Ashley C. Workman<br>*Attorneys for Defendant*<br>131 S. Dearborn Street<br>Suite 2400<br>Chicago, IL 60603<br>312-460-5000<br>gmaatman@seyfarth.com<br>pwozniak@seyfarth.com<br>aworkman@seyfarth.com<br>ccascino@seyfarth.com | KIENBAUM OPPERWALL HARDY & PELTON, P.L.C.<br>BY:   William B. Forrest III<br>*Attorney for Defendant*<br>280 North Old Woodward Avenue<br>Suite 400<br>Birmingham, Michigan 48009<br>Office:  248-645-0000<br>Fax:  248-723-1110<br>wforrest@kohp.com |

_____

### MOTION TO WITHDRAW APPEARANCE
### OF ASHLEY C. WORKMAN AS COUNSEL FOR DEFENDANT

      Pursuant to Local Rule 83.25(b)(2), Ashley C. Workman requests that this court allow her to withdraw as counsel of record for Defendant, KELLY SERVICES, INC., ("Defendant"). In support of this motion, Ms. Workman states as follows:

      1.  On April 13, 2016, Ms. Workman filed an appearance in this matter on behalf of Defendant. Seyfarth Shaw attorneys Gerald L. Maatman, Jr., Peter J. Wozniak and Christopher M. Cascino also filed an appearance on Defendant's behalf. Further, William B. Forrest III and

28102250v.1

Shannon V. Loverich of the law firm of Kienbaum Opperwall Hardy & Pelton, P.L.C., have also filed appearances on Defendant's behalf.

2. Ms. Workman wishes to withdraw as counsel for Defendant as she is ending her association with the law firm of Seyfarth Shaw.

3. No party will be prejudiced by the withdrawal of Ms. Workman.

4. Defendant continues to be represented by Seyfarth Shaw and Kienbaum Opperwall Hardy & Pelton, P.L.C.

WHEREFORE, for all of these reasons, Ashley C. Workman respectfully requests leave to withdraw as counsel for Defendant.

DATED: July 29, 2016

                Respectfully submitted,

                SEYFARTH SHAW LLP

                By:  /s/Ashley C. Workman
                    One of Defendant's Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of July 2016, I caused a true and correct copy of the foregoing **Motion For Leave To Withdraw Appearance Of Ashley C. Workman As Counsel For Defendant**, to be served upon the following with the Clerk of Court using the CM/ECF system, which served a Notice of Electronic Filing upon the following attorneys of record:

> Jason J. Thompson
> Kevin J. Stoops
> Jesse L. Young
> Sommers Schwartz, P.C.
> One Towne Square
> Suite 1700
> Southfield, Michigan 48076
> 248-355-0300
> jthompson@sommerspc.com
> kstoops@sommerspc.com
> jyoung@sommerspc.com

By: _/s/Ashley C. Workman_

28102250v.1