UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**JONATHAN GAFFERS,** individually,
and on behalf of others similarly situated,

       Plaintiffs,

Case No. 16-10128

vs.

Hon. David M. Lawson

**KELLY SERVICES, INC.,**
a Michigan corporation

       Defendant.

_____

| | |
|---|---|
| SOMMERS SCHWARTZ, P.C. | SEYFARTH SHAW LLP |
| Jason J. Thompson (P47184) | Gerald L. Maatman (Ill No. 6181016) |
| Kevin J. Stoops (P64371) | 131 South Dearborn Street, Suite 2400 |
| Jesse L. Young (P72614) | Chicago, Illinois   60603 |
| One Towne Square, 17th Floor | (312) 460-5000 |
| Southfield, Michigan   48076 | |
| (248) 355-0300 | KIENBAUM OPPERWALL HARDY |
| Jthompson@sommerspc.com | & PELTON, P.L.C. |
| Kstoops@sommerspc.com | William B. Forrest III (P60311) |
| jyoung@sommerspc.com | Shannon V. Loverich (P53877) |
| | 280 N Old Woodward Ave, Suite 400 |
| Attorneys of for Plaintiff | Birmingham, Michigan   48009 |
| | (248) 645-0000 |
| | wforrest@kohp.com |
| | sloverich@kohp.com |
| | |
| | Attorneys for Defendant |

_____

**PLAINTIFFS' UNOPPOSED MOTION TO STRIKE PLAINTIFFS' 12TH NOTICE OF FILING CONSENTS TO JOIN COLLECTIVE ACTION (Doc. 71) AND ATTACHED EXHIBITS (Doc. 71-1 through 71-3)**

1

NOW COME Plaintiffs, by and through their attorneys, and for their Motion to Strike Plaintiffs' 12th Notice of Filing Consents to Join Collective Action (Doc. 71) and Attached Exhibits (Doc. 71-1 through 71-3), state as follows:

1. This is a collective action in which Plaintiff Jonathan Gaffers and opt-in plaintiffs (collectively, "Plaintiffs" or the "Class") challenge Defendants' policy of violates the Fair Labor Standard Act ("FLSA"), 29 U.S.C. § 201 *et seq*.

2. On August 4, 2016, Plaintiffs filed a Notice of Consent to Join Collective Action (Doc. 71) with attached Consents (Doc. 71-1 through 71-3).

3. The Consents contain pages which contained personal information and were mistakenly attached and filed.

4. Therefore, Plaintiffs move this Honorable Court to strike from the record the 12th Notice of Filing Consent to Join Collective Action (Doc. 71) and attached Consents (Doc. 71-1 through 71-3) so that they may correctly re-file the proper pages of the Consents.

5. In accordance with L.R. 7.1, there was a conference between attorneys on the motion in which the movant explained the nature of the motion or request and its legal basis and requested and obtained concurrence in the relief sought.

WHEREFORE, Plaintiffs respectfully request that the Court GRANT Plaintiffs' Motion to Strike Plaintiffs' 12th Notice of Filing Consents to Join Collective Action so they may re-file it in correct form.

Respectfully submitted,

s/*Jesse L. Young (P72614)*

Sommers Schwartz, P.C.
One Towne Square, Suite 1700
Southfield, MI 48076
(248) 355-0300
jyoung@sommerspc.com

**CERTIFICATE OF SERVICE**

**CERTIFICATE OF SERVICE**

I certify that on August 5, 2016, I electronically filed the forgoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

/s/ *Jesse L. Young*
Sommers Schwartz, P.C.
One Towne Square, Suite 1700
Southfield, Michigan 48076
(248) 355-0300
jyoung@sommerspc.com

3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**JONATHAN GAFFERS,** individually,
and on behalf of others similarly situated,

      Plaintiffs,

vs.

**KELLY SERVICES, INC.,**
a Michigan corporation

      Defendant.

Case No. 16-10128

Hon. David M. Lawson

_____

| | |
|---|---|
| SOMMERS SCHWARTZ, P.C. | SEYFARTH SHAW LLP |
| Jason J. Thompson (P47184) | Gerald L. Maatman (Ill No. 6181016) |
| Kevin J. Stoops (P64371) | 131 South Dearborn Street, Suite 2400 |
| Jesse L. Young (P72614) | Chicago, Illinois 60603 |
| One Towne Square, 17th Floor | (312) 460-5000 |
| Southfield, Michigan 48076 | |
| (248) 355-0300 | KIENBAUM OPPERWALL HARDY |
| Jthompson@sommerspc.com | & PELTON, P.L.C. |
| Kstoops@sommerspc.com | William B. Forrest III (P60311) |
| jyoung@sommerspc.com | Shannon V. Loverich (P53877) |
| | 280 N Old Woodward Ave, Suite 400 |
| Attorneys of for Plaintiff | Birmingham, Michigan 48009 |
| | (248) 645-0000 |
| | wforrest@kohp.com |
| | sloverich@kohp.com |
| | |
| | Attorneys for Defendant |

_____

**PLAINTIFFS' BRIEF IN SUPPORT OF UNOPPOSED MOTION TO STRIKE PLAINTIFFS' 12TH NOTICE OF FILING CONSENTS TO JOIN COLLECTIVE ACTION (Doc. 71) AND ATTACHED EXHIBITS (Doc. 71-1 through 71-3)**

4

Plaintiffs request this Honorable Court grant its Motion for the reasons stated in the above Motion.

Respectfully submitted,

s/*Jesse L. Young (P72614)*
Sommers Schwartz, P.C.
One Towne Square, Suite 1700
Southfield, MI 48076
(248) 355-0300
jyoung@sommerspc.com

**CERTIFICATE OF SERVICE**

**CERTIFICATE OF SERVICE**

I certify that on August 5, 2016, I electronically filed the forgoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

/s/ *Jesse L. Young*
Sommers Schwartz, P.C.
One Towne Square, Suite 1700
Southfield, Michigan 48076
(248) 355-0300
jyoung@sommerspc.com