UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**JONATHAN GAFFERS,** individually,
and on behalf of others similarly situated,

       Plaintiffs,

vs.

**KELLY SERVICES, INC.**,
a Michigan corporation

       Defendant.

Case No. 16-10128

Hon. David M. Lawson

| | |
|---|---|
| SEYFARTH SHAW, LLP.<br>BY:   Gerald L. Maatman, Jr.<br>Peter J. Wozniak<br>Christopher M. Cascino<br>*Attorneys for Defendant*<br>131 S. Dearborn Street<br>Suite 2400<br>Chicago, IL 60603<br>312-460-5000<br>gmaatman@seyfarth.com | KIENBAUM OPPERWALL HARDY<br>& PELTON, P.L.C.<br>BY:   William B. Forrest III<br>*Attorney for Defendant*<br>280 North Old Woodward Avenue,<br>Suite 400<br>Birmingham, Michigan 48009<br>Office:  248-645-0000<br>Fax:  248-723-1110<br>wforrest@kohp.com |

## NOTICE OF APPEAL

Notice is hereby given that Kelly Services, Inc. ("Kelly"), Defendant in the above captioned case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Opinion and Order entered in this action on August 24, 2016 (ECF No. 77) insofar as it denies Kelly's Renewed Motion to Stay the Action and Compel Arbitration.  (*See* ECF No. 77 at 25 (denying ECF No. 61).)

DATED:  August 25, 2016              Respectfully submitted,

                                     KELLY SERVICES, INC.


                                     By      /s/ Gerald L. Maatman, Jr.
                                             Gerald L. Maatman, Jr.

Gerald L. Maatman, Jr., IL No. 6181016
(*gmaatman@seyfarth.com*)
Peter J. Wozniak, IL No. 6294133
(*pwozniak@seyfarth.com*)
Christopher M. Cascino, IL No. 6296046
(*ccascino@seyfarth.com*)
SEYFARTH SHAW LLP
131 S. Dearborn Street, Suite 2400
Chicago, IL  60603
Phone: 312-460-5000
Fax:    312-460-7000
*Attorneys for Defendant Kelly Services, Inc.*

## CERTIFICATE OF SERVICE

Gerald L. Maatman, Jr., an attorney, certifies that on August 25, 2016, he caused a true and correct copy of the foregoing **Defendant Kelly Services Inc.'s Notice of Appeal** to be electronically filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record:

>Jason J. Thompson
>Kevin J. Stoops
>Jesse L. Young
>Sommers Schwartz, P.C.
>One Towne Square
>Suite 1700
>Southfield, Michigan 48076
>248-355-0300
>jthompson@sommerspc.com
>kstoops@sommerspc.com
>jyoung@sommerspc.com

>	/s/ Gerald L. Maatman, Jr.
>	Gerald L. Maatman, Jr.