UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jonathan Gaffers,

           Plaintiff(s),

v.                                                                    Case No. 2:16−cv−10128−DML−SDD
                                                            Hon. David M. Lawson
Kelly Services, Inc.,

           Defendant(s).

_____/

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

           United States Court of Appeals for the Sixth Circuit
           Potter Stewart U.S. Courthouse
           100 East Fifth Street, Fifth Floor
           Cincinnati, OH   45202−3988

and all interested parties, by electronic means or first class U.S. mail, on August 25, 2016.


                                                    DAVID J. WEAVER, CLERK OF COURT


                                                    By: s/ B Garant
                                                         Deputy Clerk


Dated:   August 25, 2016