# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: September 06, 2018

Mr. David J. Weaver
U.S. District Court
for the Eastern District of Michigan
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

          Re: Case No. 16-2210, *Jonathan Gaffers v. Kelly Services, Inc.*
               Originating Case No. : 2:16-cv-10128

Dear Clerk,

    Enclosed is a copy of the mandate filed in this case.

                                      Sincerely yours,

                                      s/Cheryl Borkowski
                                      Case Manager
                                      Direct Dial No. 513-564-7035

cc: Mr. Michael L. DeMarino
     Mr. Gerald Leonard Maatman Jr.
     Mr. Jason J. Thompson
     Mr. Peter John Wozniak
     Mr. Jesse L. Young

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 16-2210

_____

Filed: September 06, 2018

JONATHAN GAFFERS

      Plaintiff - Appellee

v.

KELLY SERVICES, INC.

      Defendant - Appellant

## MANDATE

Pursuant to the court's disposition that was filed 08/15/2018 the mandate for this case hereby issues today.

COSTS: None